Writ of error dismissed on motion of counsel for Defendant in Error.

*Evans & Glenn,* for Plaintiff in Error.
*Harrison E. Barringer,* for Defendant in Error.

State of Florida, *ex rel.* Ralph M. Winters, Plaintiff in Error, v. L. S. Barstow, as Secretary, *et al.,* Defendants in Error.

Writ of error dismissed on motion of counsel for Plaintiff in Error.

*Hope Strong,* for Plaintiff in Error.
*A. H. Odom* and *J. V. Walton,* for Defendants in Error.

Board of Public Instruction for the County of Manatee, State of Florida, *et al.,* Plaintiffs in Error, v. State, *ex rel.* F. A. Moraine, Defendant in Error.

Writ of error dismissed on motion of counsel for the respective parties.

*D. R. Peacock,* for Plaintiffs in Error.
*R. E. Kurtz,* for Defendants in Error.

State of Florida and W. B. Jones, Appellants, v. Special Road and Bridge District Number 7 in Brevard County, Florida, Appellee.

Appeal dismissed on motion of counsel for Appellants.
*James C. Knox,* for the Motion.

State of Florida, *ex rel.* C. J. Root, Realtor, v. County of Washington, Florida, *et al.,* Respondents.